R.C. Wuestling, IV, Eric O. Wolfgram, Wuestling & James, John N. Borbonus, III, King & Krehbiel, St. Louis, MO, Timothy A. McNearney, Brandon T. Pittenger, McNearney & Associates, Leawood, KS, for Appellees.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Following a foreclosure sale on his property, Walter Scott sued the parties involved claiming violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, 1692a–1692o, and unlawful entry and trespass. Scott appeals the district court's [1] adverse grant of summary judgment, and following careful review, we affirm for the reasons stated by the district court in its thorough memorandum opinion. *See* 8th Cir. R. 47B. McNearney & Associates's motion under Federal Rule of Appellate Procedure 38 for frivolous appeal damages is denied.

**UNITED STATES of America, Appellee,**

v.

**Gregory WEBSTER, Appellant.**

No. 05–3146.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2006.

Filed: Sept. 22, 2006.

Robert Francis Cryne, U.S. Attorney's Office, argued, Omaha, NE, for Appellee.

John J. Velasquez, Velasquez Law Offices, argued, Omaha, NE, for Appellant.

Gregory Webster, argued, Pekin, IL, pro se.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

PER CURIAM.

Gregory Webster appeals the 252–month sentence the district court[1] imposed after granting the government's Federal Rule of Criminal Procedure 35(b) motion to reduce Webster's sentence for his post-sentencing substantial assistance. In a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel argues that Webster's sentence is excessive and unreasonable. Counsel's argument is unavailing. *See United States v. Coppedge,* 135 F.3d 598, 599 (8th Cir.1998) (per curiam) (challenge to extent of district court's departure upon government's Rule 35(b) motion is unreviewable because appeal was not based on any criteria listed in 18 U.S.C. § 3742(a)); *cf. United States v. Noe,* 411 F.3d 878, 885 (8th Cir.) (extent of downward departure is not reviewable), *cert. denied,* —— U.S. ——, 126 S.Ct. 184, 163 L.Ed.2d 205 (2005); *United States v. Williams,* 324 F.3d 1049, 1050 (8th Cir.2003) (per curiam) (refusal to depart is not reviewable unless defendant makes substantial showing that court's decision was based on unconstitutional motive).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we deny Webster's motion for appointment of counsel, and we affirm.

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.